| AUSA: | Micah Wallace | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Victor Mota | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Raymon Tyrell Mattison

Case No. 24-30515

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _November 16, 2024_ in the county of _Wayne_ in the _Eastern_ District of _Michigan_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Victor Mota, Special Agent-ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 2, 2024

_Judge's signature_

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Victor A. Mota, being sworn, depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2020. I am currently assigned to the Detroit Field Division, group VII. I am tasked with investigating violations of firearms and narcotics laws. Prior to becoming a Special Agent with the ATF, I was an Officer with the United States Customs and Border Protection Office of Field Operations for ten years as well as a supervisor for about two years. I completed the United States Customs and Border Protection Basic course, the Criminal Investigator Training Program, and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Brunswick, Georgia. I obtained a Bachelor of Science degree in Criminal Justice from Wayne State University.

2. During my employment with ATF, I have participated in criminal investigations focused on firearms, armed drug trafficking violations, and criminal street gangs. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with firearms violations.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other officers and witnesses. This affidavit is intended to show merely that there is sufficient

probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.  This affidavit is made in support of a criminal complaint for Raymon Tyrell MATTISON. Probable cause exists that MATTISON knew he was a convicted felon and knowingly possessed a firearm, in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

5.  On November 16, 2024, at approximately 10:03 pm, Detroit Police Department officers were traveling south on Linwood Street near Fenkell Ave. in the Eastern District of Michigan. Officers observed a white Chrysler 300 traveling north on Linwood Street and noticed the vehicle had an inoperable right headlight. As the vehicle passed the officers, they noticed that its license plate lights were also not working. Officers made a U-turn and ran the vehicle's plate through LEIN which showed that the car was not insured. Officers then conducted a traffic stop.

6.  Officers approached the vehicle and identified MATTISON as the driver and sole occupant of the vehicle. Officers ran MATTISON through LEIN and discovered he had a traffic warrant. While one officer was running MATTISON through LEIN, Officer Jackson noticed MATTISON drop his hands to the steering wheel and then raise them again. Based on Officer Jackson's training and experience, this movement is consistent with attempting to conceal contraband.

7. Officers asked MATTISON if there were any firearms in the vehicle to which he replied, "No." Officers asked MATTISON for consent to search his vehicle and he gave consent. Officers had MATTISON step out of the vehicle and conducted a search. Officer Jackson inspected the steering column of the vehicle and located a tear in the leather. Officer Jackson reached into the tear and found a Glock Model 26 Gen 5, 9mm pistol, serial number: AKBE341 (the Glock Pistol). Officers confirmed that MATTISON did not have a valid CPL through LEIN.

8. Officers arrested MATTISON for carrying a concealed weapon and impounded the Chrysler 300.

9. I spoke with ATF Special Agent Matthew Totten, a firearms interstate nexus expert, and gave him a description of the Glock Pistol. SA Totten told me that, based on his training and experience, the Glock Pistol meets the federal definition of a firearm, was manufactured outside the State of Michigan, and therefore traveled in interstate and/or foreign commerce.

10. I reviewed MATTISON's criminal history and determined he has the following felony convictions:

   a. On August 29, 2016, MATTISON pled guilty to one count of Conspiracy – Felony Bank Robbery and one Count of Felony Bank Robbery in the Sixth Circuit Court in Oakland County. MATTISON was sentenced to 365 days in jail and 3 years' probation.

  b. On July 28, 2018, MATTISON pled guilty to one count of federal bank robbery. He was sentenced on November 16, 2018, to 4 years in prison and 2 years of supervised release. MATTISON was discharged from supervised release in September 2024.

11. Because MATTISON spent 4 years in prison and recently was discharged from federal supervised release, it is reasonable to infer that he knew he had been convicted of a felony at the time he possessed the Glock Pistol.

## CONCLUSION

12. Based on the above facts, there is probable cause to believe that on November 16, 2024, while in the Eastern District of Michigan, Raymon Tyrell MATTISON, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a Glock Model 26 Gen 5, 9mm pistol, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Special Agent Victor Mota
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Date: December 2, 2024